IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MC-UA LOCAL 119 HEALTH and WELFARE FUND and JAMES B. DONAGHEY, WILLIAM MORRISON, HARRY J. CHANEY, ROBERT CLAPPER AND EDWARD SELLEW, in their official capacities as trustees of the Plan, MC-UA LOCAL 119 PENSION PLAN, JAMES B. DONAGHEY, WILLIAM MORRISON, ROBERT CLAPPER, WILLIAM E. CHANEY AND EDWARD SELLEW, in their official capacity as trustees of the Plan; JOINT APPRENTICESHIP TRAINING FUND; ROBERT CLAPPER, JAMES DOWNEY in their official capacities as trustees of the Plan, and UNITED ASSOCIATION OF JOURNEYMAN and APPRENTICES OF THE UNITED STATES AND CANADA, LOCAL 119, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) Civil Action No. 10-0356-CG-N ) |
| HLH CONSTRUCTORS, INC., and HARRELL HARRELLSON, in his Individual and personal capacity, | ) ) ) ) |
| **Defendants.** | ) |

**DEFAULT JUDGMENT**

This matter is before the court on the plaintiffs' motion for default judgment with supporting affidavits (Doc. 8).

Upon due consideration, said motion is **GRANTED**.

Default having been entered against defendants, HLH Constructors, Inc. and Harrell Harrellson, for failure to appear or otherwise defend against the plaintiffs' complaint and the plaintiffs having represented by way of affidavit that defendant Harrellson is not an infant or

incompetent, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that default judgment is entered in favor of plaintiffs, James B. Donaghey, William Morrison, William E. Chaney, Robert Clapper and Edward Sewell, in their official capacities as trustees of the MC-UA Local 119 Pension and Health and Welfare Plans; Robert Clapper and James Downey in their official capacities as trustees of the Joint Apprenticeship Training Fund; and United Association of Journeyman and Apprentices of the United States and Canada, Local 119[1], against HHL Constructors, Inc. and Harrell Harrellson, in his individual and personal capacity, and damages are awarded in the amount of $101,288.86 (which includes attorney's fees and costs in the amount of $5,150.50, interest and penalties due to the Pension Plan in the amount of $35,608.53, and interest and penalties due to the Health and Welfare Plan in the amount of $36,338.45, dues deducted from employee wages, but not remitted to the MC-UA Local 119, in the amount of $16,467.40, interest and penalties due to the JATC Fund in the amount of $7,723.98), plus applicable post judgment interest at the rate of 0.26% pursuant to 28 U.S.C. § 1961.

**DONE and ORDERED** this 7th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs' proposed judgment awards damages in favor of United Association and Journeyman and Apprentices of the Pluming and Pipefitting Industry of the United States and Canada, Local 119; however, said entity was not named as a plaintiff in the plaintiffs' complaint.