**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MC-UA LOCAL 119 HEALTH and** | ) | |
| **WELFARE FUND and JAMES B.** | ) | |
| **DONAGHEY, WILLIAM MORRISON,** | ) | |
| **HARRY J. CHANEY, ROBERT CLAPPER** | ) | |
| **AND EDWARD SELLEW, in their official** | ) | |
| **capacities as trustees of the Plan, MC-UA** | ) | |
| **LOCAL 119 PENSION PLAN, JAMES B.** | ) | |
| **DONAGHEY, WILLIAM MORRISON,** | ) | |
| **ROBERT CLAPPER, WILLIAM E.** | ) | |
| **CHANEY AND EDWARD SELLEW, in** | ) | |
| **their official capacity as trustees of the Plan;** | ) | |
| **JOINT APPRENTICESHIP TRAINING** | ) | |
| **FUND; ROBERT CLAPPER, JAMES** | ) | |
| **DOWNEY in their official capacities as** | ) | |
| **trustees of the Plan, and UNITED** | ) | |
| **ASSOCIATION OF JOURNEYMAN and** | ) | |
| **APPRENTICES OF THE UNITED** | ) | |
| **STATES AND CANADA, LOCAL 119,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 10-0356-CG-N** |
| | ) | |
| **HLH CONSTRUCTORS, INC., and** | ) | |
| **HARRELL HARRELLSON, in his** | ) | |
| **Individual and personal capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter is before the court on the plaintiff's Motion to Compel Payment of Funds by Garnishee to Court (Doc. 13).

Upon due consideration, the plaintiffs' motion is hereby **GRANTED**. It is, therefore, **ORDERED** that the funds held by Regions Bank on behalf of HLH Constructors, Inc., and Harrell Harrellson pursuant to Garnishment by the plaintiff in this proceeding are hereby condemned for the benefit of the plaintiff. Garnishee Regions Bank is hereby **ORDERED** to

immediately remit said funds to the Clerk of Court, United State District Court, 113 St. Joseph Street, Mobile, Alabama 36601.

Garnishee Regions Bank will be deemed to be discharged without further order of the court upon receipt of the aforementioned funds into the Registry of the court, .

The clerk is directed to mail a copy of this order to Regions Bank.

**DONE and ORDERED** this 25th day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE